**SANDERS LAW GROUP**
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
File No.: 127198
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| NEWS2SHARE INC.,<br><br>Plaintiff,<br><br>v.<br><br>INDEPENDENT WORLD TELEVISION, INC.,<br><br>Defendant. | Case No: 1:23-cv-02185-GLR |

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice with each party to bear its respective attorney's fees and costs.

DATED: September 21, 2023

**SANDERS LAW GROUP**

By: ___*/s/ Craig Sanders*___
Craig Sanders, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
*Attorneys for Plaintiff*

**APPROVED this 21st day of September, 2023. This matter is hereby DISMISSED with prejudice. The Clerk is directed to CLOSE this case.**

_____/s/_____
**George L. Russell, III**
**United States District Judge**